IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIUS J. SANGSTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 8488 |
| | ) | |
| MICHAEL LEMKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This Court has just received the Judge's Copy of an In Forma Pauperis Application ("Application") signed by co-plaintiff Julius Sangster ("Sangster") and a Motion for Appointment of Counsel ("Motion") submitted by both plaintiffs, Sangster and Cynita Collins. Both of those documents are much belated partial responses to this Court's November 27, 2013 memorandum order ("Order") that dismissed this action under 28 U.S.C. § 1915A(b)(1). Because the Order concluded by denying both the then-tendered Application and Motion as moot, this Court sees little point (if any) in dealing with the current submissions (which have their own defects). Accordingly both the current Application and the current Motion are also denied as moot.

                                         _____
                                         Milton I. Shadur
                                         Senior United States District Judge

Date: February 14, 2014